IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIAM SMITH, III,                         *

             Plaintiff,              *
v.                                                         Case No.   7:21-CV-158(HL)
                                                    *
ROBERT PICCIOTTI, et al.,
                                                    *
            Defendants.
                                                    *

## J U D G M E N T

Pursuant to this Court's Order dated May 2, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of May, 2022.

                                            David W. Bunt, Clerk


                                            s/ Robin L. Walsh, Deputy Clerk